# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2062

_____

| | | |
|---|---|---|
| Charles Armstrong, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| State of Missouri; Mel Carnahan, | * | |
| Governor; City of Vinita Park; | * | |
| Virginia Bira, Mayor of Vinita Park, | * | |
| MO; Daniel B. Chartrand, Municipal | * | Appeal from the United States |
| Court Judge; Robert Hartz, City | * | District Court for the Eastern |
| Marshall; Marc S. Kramer, Vinita Park, | * | District of Missouri. |
| MO, Prosecutor; Richard Aites, Vinita | * | |
| Park MO Police Officer; Unknown | * | (UNPUBLISHED) |
| Mudd, Vinita Park MO Police Officer; | * | |
| Overland Klaven of Klu Klux Klan, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 22, 2000

Filed: January 5, 2001

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing without prejudice his pro se civil rights complaint against numerous defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii); Bray v. Alexandria Women's Health Clinic, 506 U.S. 263, 267-68 (1993); West v. Atkins, 487 U.S. 42, 48 (1988); Martin v. Sargent, 780 F.2d 1334, 1337 (8th Cir. 1985). Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.